UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

**CRIMINAL PROCEEDINGS:**
   **ARRAIGNMENT AND PLEA AGREEMENT HEARING**

**MAGISTRATE JUDGE:** Candy Wagahoff Dale    **DATE:** 5/24/17
**DEPUTY CLERK/ESR:** Amy Tate    **TIME:** 10:20-11:30 AM

UNITED STATES OF AMERICA vs. Clay Ross
Case No. CR17-102-E-BLW
Counsel for:   United States (AUSA): Ann Wick
              Defendant: Michael Morrissey and Bryce Lloyd, retained
              Probation: Katie Hedrick

(X) Defendant has copy of charging document
    **(X) Information**
    MAXIMUM PENALTY: 20yrs/5yrsSR/$250,000/$5100 SA
(X) Rights advised
(X) Defendant sworn
(X) Waiver of Indictment executed
(X) Waiver of Right to District Judge executed
(X) Defendant advised of rights he is giving up by pleading guilty and his constitutional rights at trial. Advised of evidence the Government will try and prove at trial and the maximum penalty associated with the charges and understands the guidelines. Defendant is satisfied with advice of his attorney, is competent to proceed and wishes to enter a plea of guilty.
(X) Plea Agreement
(X) Plea of GUILTY accepted knowingly and voluntarily
(X) Presentence Report Ordered ( ) Presentence Waived
    Sentencing set   9/19/17 at 10:00 AM, BLW, Pocatello   .
    Original report to Counsel   8/15/17   .
    Notification of Objections by Counsel   8/29/17   .
    Final Report to Court and Counsel   9/12/17   .
    * Letters for the Court's consideration should be submitted to the Probation Officer along with any Objections. In the exceptional case where letters are not provided to the Probation Officer before the filing of the final PSR, counsel must file the letters with the Court and such letters must be filed no later than seven (7) days prior to the date of sentencing.
    Sentencing memoranda shall be filed no later than seven (7) days prior to the date of sentencing. If the memoranda contains information that is sensitive or private, then the filing party must file the sentencing memoranda under seal. The filing party must provide the basis for filing the memoranda under seal either in the memoranda itself or in a separate motion to seal.
    Counsel shall advise the courtroom deputy at least fourteen (14) days prior to the date of sentencing if a sentencing hearing is expected to last longer than one hour.
(X) Report and Recommendation forthcoming.
(X) The Court determined the Defendant is not likely to flee or pose a danger to the safety of the community and extraordinary circumstances exist to allow the Defendant to be released. Order Setting Conditions of Release entered.
(X) <u>Order:</u> Counsel requested permission to keep the PTS Bail Report. Request granted. Counsel shall return Report to Pretrial Services upon conclusion of this case.